RECEIVED

NOV 13 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

# United States District Court

for the

Middle District of Louisiana

5th Division

|  |  |
|---|---|
| howard-gary:house of brown | Case No. _____ |
| *Plaintiff(s)* | |
|  | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -vs- | |
| See Attached | |
| *Defendant(s)* | |

## Claim in Common Law

I.      **The Parties to This Action in Common Law**
   A.      **The Claimant**

|  |  |
|---|---|
| Name | howard-gary:house of brown |
| Street Address | One Thousand Three West Michigan Street |
| City and County | Near Hammond, Tangipahoa Parish |
| State and Zip Code | Louisiana. Without the United States Zip-Exempt |
| Telephone Number | 504-756-1987 |
| E-mail Address | |

**The Defendant(s)**

Defendant No. 1

|  |  |
|---|---|
| Name | CITY OF CENTRAL, INC. |
| Job or Title *(if known)* | Corporation |
| Street Address | 13421 Hooper Road, Suite B |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-261-5988 |

Defendant No. 2

|  |  |
|---|---|
| Name | LOUISIANA STATE POLICE |
| Job or Title *(if known)* | Governmental Agency/Corporation |
| Street Address | 7919 Independence Boulevard |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70806 |
| Telephone Number | 225-925-6118 |

**Defendant No. 3**

| | |
|---|---|
| Name | Roger Corcoran |
| Job or Title *(if known)* | Chief of Police – City of Central Louisiana |
| Street Address | 13505 Hooper Road |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-367-1254 |

**Defendant No. 4**

| | |
|---|---|
| Name | David Barrow |
| Job or Title *(if known)* | Mayor of the City of Central |
| Street Address | 13421 Hooper Road, Suite B |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-261-5988 |

**Defendant No. 5**

| | |
|---|---|
| Name | John H. Porche |
| Job or Title *(if known)* | Officer Central City Police Department |
| Street Address | 13505 Hooper Road |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-367-1254 |

**Defendant No. 6**

| | |
|---|---|
| Name | Noah McKneely, Jr |
| Job or Title *(if known)* | Officer City of Central Police Department |
| Street Address | 13505 Hooper Road |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-367-1254 |

**Defendant No. 7**

| | |
|---|---|
| Name | Darren Sibley |
| Job or Title *(if known)* | Assistant Chief of Police – City of Central Police Department |
| Street Address | 13505 Hooper Road |
| City and County | Central, East Baton Rouge Parish |
| State and Zip Code | Louisiana, 70818 |
| Telephone Number | 225-367-1254 |

**Defendant No. 8**

| | |
|---|---|
| Name | Kevin W. Reeves |
| Job or Title *(if known)* | Colonel Louisiana State Police |
| Street Address | 7919 Independence Boulevard |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70806 |
| Telephone Number | 225-925-6118 |

**Defendant No. 9**

| | |
|---|---|
| Name | DAVIS & SONS FENDER FIXER, INC. |
| Job or Title *(if known)* | Corporation |
| Street Address | 14067 Joor Road |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |

| | |
|---|---|
| Telephone Number | 225-261-6774 |

Defendant No. 10

| | |
|---|---|
| Name | Douglas R. Davis |
| Job or Title *(if known)* | President DAVIS & SONS FENDER FIXER, INC. |
| Street Address | 14067 Joor Road |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-261-6774 |

Defendant No. 11

| | |
|---|---|
| Name | Dennis R. Davis |
| Job or Title *(if known)* | Vice-President DAVIS & SONS FENDER FIXER, INC. |
| Street Address | 14067 Joor Road |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70818 |
| Telephone Number | 225-261-6774 |

**Basis for Jurisdiction**

What is the basis for federal court jurisdiction?

☒ Federal question          ☐ Diversity of citizenship

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**26 U.S. Code § 7206**
**42 U.S. Code § 1985**
**18 U.S. Code § 2340A**
**28 U.S. Code § 1331**
**28 U.S. Code § 1441**
**18 U.S. Code § 31**
**18 U.S. Code § 2384**
**18 U.S. Code § 242**
**18 U.S. Code § 241**
**18 U.S. Code § 1621**
**50 U.S. Code Appendix 5**
1st Amendment of the United States Constitution
4th Amendment of the United States Constitution
5th Amendment of the United States Constitution
7th Amendment of the United States Constitution
14th Amendment of the United States Constitution
Article I, Section 10 The United States Consitution

Tax Lien Act of 1966 at Public Law 89-719 at Stat. 1130-1131

**I.     Statement of Claim**

See additional pages
**Video Evidence Preserved and Available on Demand

*Relief Sought: $106,000,000.00 US dollars plus $300,000 US dollars per day since August Sixth in the year twenty-twenty until the date my property is returned; This is what is required by the fee schedule on file with the Louisiana Secretary of State for the trespass upon the property belonging to howard-gary:house of brown.*

*$1,000,000.00 U.S Dollars required for psychological trauma per claimant listed and property of claimant Howard-gary:house of brown, and his property, was trespassed upon and further, intent on subjecting me to their will and satanic cult codes and statutes.*

*Louisiana State Troopers and at least 3 City of Central police officers, the Chief of Police of the City of Central, acted in deliberate indifference towards the private rights of man and trespassed on the property of howard-gary:house of brown.*

*$111,000,000.00 US Dollars plus $300,000 per day that I have been deprived of my property since August Sixth in the year twenty-twenty, plus all penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. (Which begun September Seventeenth in the year twenty-twenty.) This penalty will increase by 10% each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. (As required by fee schedule and the corporate denial on file with the Louisiana Secretary of State, Kansas Secretary of State, and now the Florida Secretary of State) total award of monetary damages, is required for the trespass brought about by LOUISIANA STATE POLICE, the CITY OF CENTRA, DAVIS & SONS FENDER FIXER, INC. and their respective representatives.*

### IV.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _11/6/2020_

Signature of Plaintiff    

Printed Name of Plaintiff    howard-gary:house of brown

all rights reserved  UCC 1-308

### B.    Date of signing:    _11/6/2020_

General Post-office. Zip Code Exempt
[howard gary; house of brown]
c/o One Thousand Three West Michigan Street
Near Hammond.
Louisiana [RFD 70401]
Non-Domestic, without the UNITED STATES

|                      |   | **AFFIDAVIT OF FACTS**            |
|----------------------|---|-----------------------------------|
| **Louisiana republic** | ) |                                 |
|                      | ) | Subscribed, Affirmed, Sealed      |
| **Tangipahoa Parish** | ) |                                   |

i, me, my, or myself, also known as howard gary; house of brown, having been duly put under oath, i do affirm, depose, say, and declare;

One.   all the facts stated herein are true, correct, complete, are not hearsay, are not misleading, but are admissible as evidence, if not rebutted and proven inaccurate, and if testifying, i shall so state, and further,

Two.   i have standing capacity to act as to the lawful matters herein, and further,

Three. i have personal, executive and documented knowledge of the facts stated herein, and further,

Four.   i am a man on the land known as Louisiana, on turtle island, and further,

Five.   i have no firsthand knowledge of my date of birth except to say that i was told that i was given birth, on or about the year one thousand nine hundred and seventy-seven. Any evidence anywhere about my birth is hearsay evidence and inadmissible evidence in any court because the attending physician involved in my entry into this world, is now dead and i have not had an opportunity to cross examine the doctor or my parents in court to determine the veracity of any evidence they may have been able to give. I have no evidence in my possession whereby i ever elected to be a PERSON, CORPORATION, CITIZEN, RESIDENT, FICTITIOUS CORPORATE ENTITY, CORPORATE ENTITY, or SUBJECT. Any claim is required to present the original document whereby I was given full knowledge, full disclosure of the consequences of electing to be any of the above before I knowingly, willingly, and intentionally, autographed such a document in ink. Any claim without such a document is unlawful. Further, "By what judgment ye judge, ye shall be judged and what measure you meet shall be measured to you again. "And so, your own asserted standards (which to do not apply to me) will be used against you, and your claim will be treated as slander, defamation of character, conspiracy to commit fraud, fraud, perjury, conspiracy against rights, and violation of my unalienable natural rights, and more as I see fit, as I will. Having said that, i do remember that i finished high school in the year one thousand nine hundred and ninety-five, over twenty years ago, therefore i am well past the age of majority, and further,

Six.   i am a living soul, and a holder of the office of "the people", and further,

Seven. i am not in the military, and further,

Eight.   i am not a US citizen, and further,

Nine.   i do not have a social security number, and further,
Ten.   i have never had a social security number, and further,

Eleven.       i am not a government employee, and further,

Twelve.       i am not a cestui que trust, or other fictitious entity of any kind, and further,

Thirteen.       i have many good and honorable servants that work for governments on turtle Island, at various levels, and i have no idea what they get paid, but in my opinion, it is not enough, because we need people to hunt down thieves and murderers, and i am cognizant of my duty to come to their aid when needed,
**"Posse comitatus. Latin. The power or force of the county. The entire population of a county above the age of fifteen, which a sheriff may summon to his assistance in certain cases, as to aid him in keeping the peace, in pursuing and arresting felons, etc. Williams v. State, 253 Ark. 973, 490 S.W.2d 117, 121."** Black's Law Dictionary 6th Ed. 1990

but when they perjure their oaths and engage in unlawful activity, it is my duty to bring their crimes to light, and to do everything i can to make sure they are brought to justice, and further,

Fourteen.     the use of any statutes, codes, rules, regulations, or court citations, within any document created by me, at any time, is only to notice that which is applicable to government officials, and is not intended, nor shall it be construed, to mean that i have conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

Fifteen.     even though your rule 201 of your rules of evidence, is foreign to me, as a man, i intend to compel any judge who reads this declaration, to give judicial notice, since so many of them like to be a bought and paid for clerks masquerading as a judge, and thereby pretend that some things are not said,
**"Indeed, no more than (affidavits) are necessary to make the Prima facie case."** United States V. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169; S. Ct March 22, 1982, and further,

Sixteen.     the said wrongdoers trespass upon my property; and further,

Seventeen.     the causal agent of the trespass is assault, unlawful arrest, conspiracy, assault and battery with a deadly weapon, perjury of oath, coercion, seditious conspiracy, armed robbery, theft of property, failure to identify and/or present credentials, deprivation of property, unlawful detention and more; and further,

Eighteen.     the trespass did and does cause harm and injury to my property; and further,

Nineteen.     the commencement of the wrong and harm was on August 6, 2020 at approximately 09:45 am in the morning; and further,

Twenty.     i witnessed Central Police Department Officer John H. Porche #1014 threaten me, oppress me, and intimidate me in the free exercise of my rights when he followed me, with his black and white police vehicle that has a paint scheme that is designed to be threatening, oppressing, and intimidating; and further,

Twenty-one.     i witnessed Porche #1014 threaten me, oppress me, and intimidate me in the free exercise of my rights when turned on his emergency lights on Sullivan Road, north of LA 37, where he pulled me over just after taking a right onto LA 37; and further,

Twenty-two.     i witnessed Porche #1014 threaten me, oppress me, and intimidate me in the free exercise of my rights by wearing his military uniform that is designed to be oppressing, threatening and intimidating, and by assaulting me with his martial law jurisdiction, in a seditious conspiracy as described herein, and further,

Twenty-three.     i witnessed Porche #1014 threaten me, oppress me, and intimidate me in the free exercise of my rights by walking to the rear of the private conveyance i was travelling in, and asked for my drivers license, registration, and insurance; and further,

Twenty-four.     i said; "i have a couple of questions", and further,

Twenty-five.     i witnessed Porche #1014 say "sure"; and further,

Twenty-six.     i then; instead of asking questions i presented Office Porche #1014 with a written notice and demand to officials that clearly states at the top "Notice to Agent is Notice to Principle and Notice to Principle is notice to Agent." Please find a copy of said notice attached herein; and further

Twenty-seven. i witnessed Porche #1014 call on the radio for the Chief of Police to join us; and further,

Twenty-eight.     i witnessed Porche #1014 threaten me, oppress me, and intimidate me in the free exercise of my rights by telling me that he had stopped me because i was speeding **"...the reason for the initial detention, speeding & running a red light are not a breach of the peace."** Perkins v Texas, 812 S.W. 2d 326, and further,

Twenty-nine.     i witnessed Central Police Chief Roger Lynn Corcoran threaten me, oppress me, and intimidate me in the free exercise of my rights by pulling up in his green police truck with a paint scheme that is designed to be threatening, oppressing, and intimidating; and further,

Thirty.     i witnessed Central Police Assistant Chief Darren Sibley threaten me, oppress me, and intimidate me in the free exercise of my rights by pulling up in his police vehicle with emergency lights on with a paint scheme that is designed to be threatening, oppressing, and intimidating; and further,

Thirty-one.     i witnessed Central Police Officer Noah McKneeely, Jr threaten me, oppress me, and intimidate me in the free exercise of my rights by pulling up in his black and white police vehicle with a paint scheme that is designed to be threatening, oppressing, and intimidating; and further,

Thirty-two.    i witnessed all officers on the scene at the time threaten me, oppress me, and intimidate me in the free exercise of my rights by wearing their military dress uniforms with guns and surround me; and further,

Thirty-three.    i witnessed Chief of Police Roger Lynn Corcoran assault me and attempt an armed robbery while carrying a deadly weapon by grabbing my right butt cheek in a failed attempt to grab my phone from my back pocket while I was distracted conversing with the other officers; and further

Thirty-four.    i said; "do you have evidence that I am carrying passengers or property for hire?" **"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit." 18 USC § 31**; and further,

Thirty-five.    i witnessed Porche, Sibley, McKneely, and Corcoran refuse to answer said question repeatedly; and further,

Thirty-six.    i witnessed Chief Corcoran say, (and I am paraphrasing here) "You are riding on MY roads over here;" and further,

Thirty-seven.    i witnessed and video taped Central Police Officer Noah McKneeely, Jr and Captain Darren Sibley threaten me, oppress me, and intimidate me in the free exercise of my rights as they gave me a lawful order to stand next to my private conveyance; and further,

Thirty-eight.    i witnessed and video taped Central Police Chief Roger Lynn Corcoran ask me, "Why didn't you get your vehicle registered?" and further,

Thirty-nine.    i witnessed Chief of Central Police Roger Lynn Corcoran threaten me, oppress me, and intimidate me in the free exercise of my rights and conduct an armed robbery when he said "Well, we're going to take your bike;" despite being told the definition of a motor vehicle repeatedly. **"(h) DEFINITION's. .... "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money." Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131**

which gives all revenue officers the ability to presume that any registered vehicle is in commerce **"The power to create presumptions is not a means of escape from constitutional restrictions."** Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S.Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S.Ct. 215

and the federal Tax Lien Act of 1966 only applies in the District of Columbia and the territories and to US citizens, otherwise it is unconstitutional **"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442

**"An unconstitutional law is void, and is as no law. An offence created by it is not a crime."** Ex parte Siebold, 100 U.S. 371, 376 (1880), quoted with approval in Fay v. Noia, 372 U.S. 391, 408 (1963)

**"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals."** (Ryan v. Lynch, 68 Ill. 160); and further,

Forty.    i witnessed Corcoran, McKneely, and Sibley conduct an unauthorized search of my private conveyance and commit an armed robbery when they took paperwork from under the seat; and further,

Forty-one.    i witnessed Corcoran state, "you're one of those sovereign citizens, aren't you?" Despite already being noticed of my status.

Forty-two.    i responded, "I am not a sovereign citizen, I am a state citizen of the Louisiana Republic;" and further,

Forty-three.    i witnessed and video taped Chief of Police Roger Lynn Corcoran try and coerce me into identifying myself by asking, "Do you have a driver's license?" even after being specifically put in estoppel via the Notice and Demand I handed Officer Porche at the beginning of the arrest.

Forty-four.    i witnessed and video taped Chief of Police Roger Lynn Corcoran ask me, "Why didn't you get your vehicle registered?"; and further,

Forty-five.    i answered Corcoran, "It is not required in the STATE OF LOUISIANA; and further,

Forty-six.    i witnessed Central Chief of Police Roger Lynn Corcoran threaten me, oppress me, and intimidate me in the free exercise of my rights when he told me that registration "is required in the STATE OF LOUISIANA; and further,

Forty-seven.    i then, again, informed Central Chief of Police Roger Lynn Corcoran on video that the motorcycle in front of him is NOT a motor vehicle because i wasn't carrying anyone for hire or any goods to be sold which anyone could plainly observe; and further,

Forty-eight.    i asked Corcoran, "Do you have a warrant?;" and further,

Forty-nine.    Chief Cocoran responded "I don't need a court order to store it;" and further,

Fifty.    i asked Corcoran again, "Do you have proof I am transporting people for hire or goods to be sold?" and further,

Fifty-one.    Chief Corcoran responded, "I'm not going to argue with you," and then walked back to his truck refusing to answer. and further,

Fifty-two.    i video taped myself asking Officer McKneely, "while you have a moment do you mind stating your name and badge number for the record, please?" and further,

Fifty-three.    i witnessed and video taped Officer McKneely answer, "I don't have to do that, just like you didn't show me your information." and further,

Fifty-four.    i video taped myself responding to Officer McKneely's answer, "You are a public officer, sir." and further,

Fifty-five.    i video taped Officer McKneely stating, "so, you didn't share your public information with me, so I'm not going to share my public information with you." and further,

Fifty-six.    i video taped Officer McKneely, Sibley, Porche, and Corcoran gather at Porche's vehicle and conspire to threaten, harass, and intimidate me in the free exercise of my rights. and further,

Fifty-seven.    i video taped myself asking Central Chief of Police Roger Lynn Corcoran, "Chief, am I being recorded today?" and further,

Fifty-eight.    i video taped Corcoran answer, "why? I am being recorded;" and further,

Fifty-nine.    i video taped and witnessed myself asking Corcoran, "Am I being recorded today?" and further,

Sixty.    i video taped and witnessed Corcoran answer, "Doesn't make a difference if you are." and further,

Sixty-one.    i video taped and witnessed myself asking Corcoran, "I am going to ask you for the third time, "am I being recorded today?" and further,

Sixty-two.    i video taped and witnessed Corcoran retort, "and I'm going to tell you it doesn't matter if you are or not" and further,

Sixty-three.    i video taped and witnessed myself asking Corcoran, "So, you are refusing to answer my questions?" and further,

Sixty-four.    i video taped and witnessed Corcoran answer, "I'm just not answering your questions;" and further,

Sixty-five.    i video taped and witnessed myself asking Corcoran, "Will you tell me your whole name for the record?" and further,

Sixty-six.    i video taped and witnessed Central Police Chief Roger Lynn Corcoran state in response, "Chief Roger Corcoran;" and further,

Sixty-seven.  i video taped and witnessed myself asking Corcoran, "badge number? and further,

Sixty-eight.    i video taped Corcoran answer, "That's good enough!" and further,

i video taped and witnessed Officer John H. Porche approach me with paperwork containing fraudulent and false statements in violation of **26 U.S. Code § 7206** and in violation of **LA. RS 14:70.7** and then inform me, "This is a notice of insurance violation, notice we are storing your vehicle for no insurance – sign here for me."

**"Travel is not a privilege requiring licensing, vehicle registration, or forced insurance." Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N. E. 22. .**

**26 U.S. Code § 7206 Fraud and False Statements (1) Declaration under penalties of perjury Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter; or (2) Aid or assistance Willfully aids or assists in, or procures, counsels, or advises the preparation or presentation under, or in connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is fraudulent or is false as to any material matter, whether or not such falsity or fraud is with the knowledge or consent of the person authorized or required to present such return, affidavit, claim, or document; or (3) Fraudulent bonds, permits, and entries Simulates or falsely or fraudulently executes or signs any bond, permit, entry, or other document required by the provisions of the internal revenue laws, or by any regulation made in pursuance thereof, or procures the same to be falsely or fraudulently executed, or advises, aids in, or connives at such execution thereof; or**

Sixty-nine.    i video taped and witnessed Officer John H. Porche try to get me to sign documents and/or citations that were written in the name of the previous owner of the motorcycle and contained a license plate number that was not present on the scene.

Seventy.   i video taped my watch and noted the approximate amount of time i had been arrested on the side of the road was about 55 minutes so far. <u>"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."</u>  Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." State v. Robinson, 145 ME. 77, 72 ATL. 260; and further,**

Seventy one.    i video taped and witnessed another man in plain clothes, wearing a lavender shirt with a gun on his hip and wearing jeans, harass, intimidate, and threaten me in the free exercise of my God given alienable rights with his approach to the scene and fist bump both Captain Darren Sibley and Chief Corcoran acting like a criminal street gang; and further,

Seventy two    i video taped and witnessed two more plain clothes unidentified men harass, intimidate, and threaten me in the free exercise of my God given unalienable rights, arrive at the scene. One wearing a white shirt and sunglasses that later identified himself as Louisiana State Trooper Alex (unintelligible last name) with the Louisiana State Police, the other wearing a red shirt and jeans with a face covering clearly violating 42 **U.S. Code § 1985**. They approached Chief Corcoran, Captain Sibley, and the unidentified man in the lavender shirt and made fist bumps acting like a criminal street gang. **42 U.S. Code § 1985 (3) Depriving persons of rights or privileges If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.**

Seventy-three.    i video taped and witnessed an 8th unidentified man, who I can only assume is another officer because he failed to identify himself as requested, arrive at the scene in a white pickup truck. He too, was dressed in a blue shirt and jeans; and further,

Seventy-four.    i video taped and witnessed myself asking Officer McKneely, "Can I get all their names?" speaking of the 4 new unidentified men to arrive on the scene; and further,

Seventy-five.    i video taped and witnessed Officer McKneely respond, "you're going to have to ask them;" and further,

Seventy-six.    i video taped and witnessed myself stating to Officer McKneely, "you've ordered me to stay here;" and further,

Seventy-seven.    i video taped and witnessed Officer McKneely state, "you can ask them, you just can't walk up on them;" again confirming my arrest and detention; and further,

Seventy-eight.    i video taped and witnessed myself asking the new unidentified men that just arrived, "Hi guys, how are ya'll doing?" and further,

Seventy-nine.    i video taped and witnessed the unidentified men respond, "alright;" and further,

Eighty.    i video taped and witnessed me asking the unidentified men, "Can I get ya'lls names and badge for the record, please?" and further,

Eighty-one.    i video taped and witnessed the 4 identified men ignore my question and continue conspiring with the Chief Corcoran acting like a criminal street gang to threaten, harass, and intimidate me in the free exercise of my rights; and further,

Eighty-two.    i video taped and witnessed the unidentified man with a gun on his hip dressed in lavender shirt talking with Captain Sibley before taking out his phone to take a picture of me; and further,

Eighty-three.    i video taped and witnessed the unidentified man in the red shirt and Louisiana State Trooper Alex conspire with Officer Porche, who was writing the paperwork in his car, to harass, threaten, and intimidate me in the free exercise of my God given alienable rights; and further,

Eighty-four.    i video taped and witnessed Louisiana State Trooper Alex (unintelligible last name and in plain clothes with a white shirt with an American Flag on the left breast) with the Louisiana State Police try and harass, intimidate, threaten and coerce me in the free exercise of my God given alienable rights; and further

Eighty-five.      i video taped and witnessed Louisiana State Trooper Alex (unintelligible last name and in plain clothes) with the Louisiana State Police state, "you know, they called me up, so you got pulled over for a traffic stop?" and further,

Eighty-six.      i video taped and witnessed Troop Alex (unintelligible last name) with the Louisiana State Police confirm, "State police, yep, State Police, so that's why we are here." And further,

Eighty-seven.    i video taped and witnessed myself asking Louisiana State Trooper Alex, "Do you have proof that I'm taking someone for hire, yes or no?" and further,

Eighty-eight.    i video taped and witnessed Louisiana State Trooper Alex respond, "I don't know;" and further,

Eighty-nine.    i video taped and witnessed myself asking Louisiana State Trooper Alex, "Do you have proof that I'm carrying good for hire?", and further,

Ninety.  i video taped and witnessed Louisiana State Trooper Alex respond, "were you?" and further,

Ninety-one.    i video taped and witnessed myself respond, "no;" and further,

Ninety-two.    i video taped and witnessed Louisiana State Trooper Alex, while holding the written Notice and Demand I first gave to Officer Porche, which should have put him into estoppel had he read it,  say, "ok, then you're just traveling?" and further,

Ninety-three.    i video taped and witnessed Louisiana State Trooper Alex harass, threaten and intimidate me in the attempt to coerce me into forfeiting my God give unalienable rights; and further,

Ninety-four.    i video taped and witnessed Louisiana State Trooper Alex harass, threaten and intimidate me in the free exercise of my God given rights by trying to make assumptions about me that he had been already noticed not to do.

Ninety-five.    i video taped and witnessed Louisiana State Trooper Alex holding the written Notice and Demand that I presented to Officer Porche upon the initial stop and say, "is this for us to keep?" and further,

Ninety-six.    i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt with a face covering standing to my left as Louisiana State Trooper Alex interrogated me; and further,

Ninety-seven.    i video taped and witnessed myself asking the unidentified man, who I can only assume is an officer wearing a red shirt and mask, "can you state your name and badge number for the record?" and further,

Ninety-eight.    i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask respond, "I didn't hear you state your name. Why should I state my name to you?;" and further,

Ninety-nine.    i video taped and witnessed myself respond, "because you are a public official;" and further,

One hundred.   i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask intimidate, threaten and harass me in the free exercise of my God given unalienable rights when he responded, "No, I am…. I am just out here;" and further

One hundred one.      i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask intimidate, threaten and harass me in the free exercise of my God given unalienable rights when he refused to identify himself or his employer; and further,

One hundred two.    i video taped and witnessed myself asking the unidentified man, who I can only assume is an officer wearing a red shirt and mask for a second time, "So, you refuse to give me your name?" and further,

One hundred three.    i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask, fail to respond to me; and further,

One hundred four.      i video taped and witnessed the unidentified masked man, who I can only assume is an officer wearing a red shirt refuse to answer me when I stated for the third time, "So, you refuse to give me your name?" and further,

One hundred five.      i video taped and witnessed the unidentified masked man, who I can only assume is an officer wearing a red shirt refuse to remove his mask for identification when I stated, "Can you at least take your mask off so that I can identify you?" and further,

One hundred six.      i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask refuse to remove his mask stating, "no, they got germs out here....;" and further,

One hundred seven.    i video taped and witnessed myself telling the unidentified man, who I can only assume is an officer wearing a red shirt and mask that, "You realize that you have to have a special permit if you're a public officer; RS 14:313"

One hundred eight.    i video taped and witnessed myself asking the unidentified man, who I can only assume is an officer wearing a red shirt and mask, "do you know these gentlemen over here?" (referring to the other officers and unidentified men on the scene;) and further,

One hundred nine.    i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask respond, "Never met none of them" despite just stating that, "I'm catching a ride;" in response to why he was there; and further,

One hundred ten.      i video taped and witnessed the unidentified man, who I can only assume is an officer wearing a red shirt and mask fraternizing with all of the officers on the scene in a manner that doesn't look like they just met.

One hundred eleven.   i video taped and witnessed Officer Porche approach me again with more fraudulent and false statement documents; and further,

One hundred twelve.   i video taped and witnessed Officer Porche return the stolen paper that was taken from my private conveyance earlier; and further,

One hundred thirteen.  i video taped and witnessed Officer Porche explain the documents he was trying to give me and I noticed again that the documents had a foreign name on them. In fact, I recognized the name. It was the name of the previous owner of the bike who was not present; and further,

One hundred fourteen.     i video taped and witnessed myself asking Officer Porche, "Do you, ah, have a radar gun with 70 in a 45?" and further,

One hundred fifteen.    i video taped and witnessed Officer Porche respond, "You can't look at my radar gun if I've got one;" and further,

One hundred sixteen.   i video taped and witnessed myself asking the officers, "Is that it, officers?" and further,

One hundred seventeen.     i video taped and witnessed Officer Porche throwing up his hands and stating, "that's it!" thereby effectively ending my arrest and i was free to move about the scene.

One hundred eighteen.     i video taped and witnessed myself asking several of the officers for my stolen key so that I might record the mileage on the bike; and further,

One hundred nineteen.      i was never given the key or allowed to film the mileage on the bike; and further

One hundred twenty.   i witnessed the unidentified tow truck driver with the help of Louisiana State Police Trooper Alex in the white shirt conduct armed robbery of my property as they both loaded my stolen property on the tow truck owned and operated by DAVIS & SONS FENDER FIXER, INC.; and further;

One hundred twenty-one.     i witnessed and video taped Louisiana State Trooper Alex arrest me again stating, "Come over here; Listen to me!" and further,

One hundred twenty-two.     i witnessed and video taped myself asking Louisiana State Trooper Alex, "Is that an Order?" and further,

One hundred twenty-three.     I witnessed and video taped Louisiana State Trooper Alex responding, "yes, it is an order;" and further

One hundred twenty-four.  i witnessed and video taped Louisiana State Trooper Alex arrest me for the second time; **"Perhaps it should be mentioned that as a general rule <u>a person is placed under</u>**

**arrest when he is deprived of his liberty by an officer who intends to arrest him.** It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);" Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

> **"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

> **"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

> **"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189. [emphasis added]

One hundred twenty-five.    i witnessed Barak Obama oppress me, threaten me, and intimidate me in the free exercise of my rights by stating in the bought and paid for news media that he intended to murder any terrorist anywhere, US citizen or not, and without a trial, and without due process, and then Obama's Satanist order followers proceeded to do exactly that, and further,

One hundred twenty-six.    i witnessed the Federal Bureau of Investigation circulate numerous news releases stating that all "sovereign citizens" are terrorists thereby threatening me, oppressing me, and intimidating me in the free exercise of my rights, by stating that they intend to murder me, without a trial and without due process, as Obama's order followers, and further,

One hundred twenty-seven.    i witnessed and video taped Porche, McKneely, Sibley, Corcoran, Trooper Alex and 3 other unidentified men who I can only assume are officers torture me. **Torture: (1) "torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;** - *www.law.cornell.edu* **18 U.S. Code § 2340A Torture (a) Offense.—** Whoever outside the United States commits or attempts to commit torture shall be fined under this title or imprisoned not more than 20 years, or both, and if death results to any person from conduct prohibited by this subsection, shall be punished by death or imprisoned for any term of years or for life. **(b) Jurisdiction.—There is jurisdiction over the activity prohibited in subsection (a) if— (1) the alleged offender is a national of the United States; or (2) the alleged offender is present in the United States, irrespective of the nationality of the victim or alleged offender. (c) Conspiracy.—** A person who conspires to commit an offense under this section shall be subject to the same penalties (other than the penalty of death) as the penalties prescribed for the offense, the commission of which was the object of the conspiracy. And further,

One hundred twenty-eight.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers acting as terrorists **"Terrorism - noun – 2 A system of government that seeks to rule by intimidation."** Funk and Wagnal's New Practical Standard Dictionary (1946), and further,

One hundred twenty-nine.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex, and 3 other unidentified men who I can only assume are officers have no intention of leaving me alone; **"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990); and further,

One hundred thirty.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers threaten me, oppress me, and intimidate me in the free exercise of my rights by operating in their private capacity and ceasing to represent the government **"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,

> **"All oaths must be lawful, allowed by the common law, or some statute; if they are administered by persons in a private capacity, or not duly authorized, they are coram non judice, and void; .... 3 Inst. 165; 4 Inst. 278; 2 Roll. Abr. 277."** Tomlin's Law Dictionary 1835 Edition, Volume 2; and further,

One hundred thirty-one.      i video taped and witnessed me tell Louisiana State Trooper Alex that a date of birth is hearsay. And let me further state now,  a name is hearsay, and a drivers license is hearsay, and all insurance cards is hearsay, and a registration is hearsay, and their computer system is hearsay, and hearsay evidence is inadmissible in any court of law; and further,

One hundred thirty-two.      The name is a cestui que trust, and it is hearsay and everything on it is hearsay, and inadmissible as evidence in any court of law, and the state owns it;
**"Chap. 854. – An Act to establish a code of law for the District of Columbia."**

which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and in Sec. 117, at 31 Stat. 1208, where it says;
**"That in addition to the jurisdiction conferred in the preceding section, plenary jurisdiction is hereby given to the said court holding the said special term to hear and determine all questions relative to the execution of any and all wills..."**

and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says;
**"The Legal Estate to be in Cestui Que Use"**

**"A "*citizen of the United States*" is a civilly dead entity operating as a co-trustee and co-beneficiary of the *PCT (Public Charitable Trust)*, the constructive, *cestui que trust* of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc."** Congressional Record, June 13 1967, pp. 15641-15646

**". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . ."** In Re Bolens (1912), 135 N.W. 164

**"...it might be correctly said that there is no such thing as a citizen of the United States. ...... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."** Ex Parte Frank Knowles, 5 Cal. Rep. 300; and further,

One hundred thirty-three.      The codes that Porche, McKneely, Sibley, and Corcoran assaulted me with are actually federal codes for US citizens
**"INTERNATIONAL LAW RULE:** *Adopted for areas under Federal legislative jurisdiction....Federalizes State civil law, including common law.--The rule serves to federalize not only the statutory but the common law of a State.* Kniffen v. Hercules Powder Co., 164 Kan. 196, 188 P.2d 980 (1948); Kaufman v. Hopper, 220 N.Y. 184. 115 N.E. 470 (1917), see also 151 App. Div. 28, 135 N.Y.Supp. 363 (1912), aff'd., 163 App. Div. 863, 146 N. Y. Supp. 1096 (1914); Norfolk & P.B.L.R. v. Parker,... STATE AND FEDERAL VENUE DISCUSSED: The civil laws effective in an area of exclusive Federal jurisdiction are Federal law, notwithstanding their derivation from State laws, and a cause arising under such laws may be brought in or removed to a Federal district court under sections 24 or 28 of the former Judicial Code (now sections 1331 and 1441 of title 28, United States Code), giving jurisdiction to such courts of civil actions arising under the "* * *laws * * * of the United States" where the matter in controversy exceeds the sum or value of $3,000, exclusive of interest and costs."** Jurisdiction over Federal Areas Within the States – Report of the Interdepartmental Committee for the Study of Jurisdiction over Federal Areas Within the States, Part II, A Text of the Law of Legislative Jurisdiction Submitted to the Attorney General and Transmitted to the President June 1957, page 158-165 [emphasis added]

**"STATUS. L. Standing: state, condition, situation. Compare Estate. A corporation has no status as a citizen outside of the jurisdiction where it was created."** Anderson's Law Dictionary, 1889 Edition, page 968; and further,

One hundred thirty-four.      i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers, conspire together to threaten me, oppress me, and intimidate me in the free exercise of my rights and violate my rights (trespassed upon my property) under color of their codes by assaulting me with their US citizen cestui que trust slave name, because a US citizen is not entitled to an article 3 court, but instead gets an article 1 court with a plenary (military dictatorship) jurisdiction and article 1, section 8, clause 17 constitution for the united States of America as defined and reinstated in *National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company*, 337 U.S. 582, 93 L.Ed. 1556 (1948); which further states that citizens of the district of columbia are not embraced by the judicial power under Article III of the constitution for the united States of America, the same statement is held in *Hepburn v. Dundas v. Elizey*, 2 Cranch (U.S.) 445, 2 L.Ed. 332.; In 1804, the Supreme Court, through Chief Justice Marshall, held that a citizen of the District of Columbia was not a citizen of a state;

**"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that the District of Columbia is not a state within Article 3 of the Constitution. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"** National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948); and further,

One hundred thirty-five.    i witnessed Louisiana State Trooper Alex oppress me, threaten me, and intimidate me in the free exercise of my rights, when he asked me if my name was Gary, when he knew he was not operating in his official capacity as a peace officer and had not lawfully arrested me, and had no right to even communicate with  me, much less ask me a question and demand a response, and further,

One hundred thirty-six.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers unlawfully arrest me, had kidnap me, and falsely imprisoned me, they were resisting arrest, they had perjured their oaths, they had breached the trust, and they were conspiring together to violate my rights under the color of their so-called laws;
**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** State v. Robinson, 145 ME. 77, 72 ATL. 260; and further,

One hundred thirty-seven.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers oppress me, threaten me, and intimidate me in the free exercise of my rights when they continued to forcibly interrogate me and he continued to unlawfully arrest me, and they continued to assault me with his District of Columbia codes, and they continued to participate in a seditious conspiracy to overthrow my lawful government, and they continued to breach the trust, and they continued to engage in all of the other crimes described herein, when the officers knew they were not operating in their official capacity as a peace officer and had not lawfully arrested me, and further,

One hundred thirty-eight.    i witnessed Porche give me three of his roman cult citations #9269176, # 9269175, #2819443 and release me from their assault, kidnapping, and false imprisonment, after approximately one and a half hours standing on the side of the highway, when he knew he was not operating in his official capacity as a peace officer and had not lawfully arrested me, and had no right to even communicate with  me, much less ask me a question and demand a response, and further,

One hundred thirty-nine.    Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers, in conspiracy with other unidentified individuals in the radio, knew under their own codes, they had no right to ask me for any information or even speak to me, because they knew i am not one of their US citizen slaves (a "person"), and they were not operating in their official capacity as peace officers and they had not lawfully arrested me, and further,

One hundred forty.    i witnessed Porche and Louisiana State Trooper Alex assault me, kidnap me, falsely imprison me, in conspiracy with Central Chief of Police Roger Lynn Corcoran and also with unknown individuals over his radio numerous times during the assault; and further,

One hundred forty-one.    during the World War II war crimes tribunals, all of the NAZIs claimed they were "just following orders" (satanists) and they all suffered death by hanging, or spent the rest of their life in jail, and some of them are hunted to this day; and further,

One hundred forty-two.    i witnessed Porche, Sibley, McKneely blindly follow orders in conspiracy with their Chief Corcoran and acting as a criminal street gang; and further,

One hundred forty-three.    the Louisiana statutes that Corcoran and Porche and other unknown individuals over the radio, were assaulting me with, are actually federal statutes for US citizens under the commerce clause of the constitution

One hundred forty-four.    i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, conspire together to threaten me, oppress me, and intimidate me in the

free exercise of my rights by assaulting me with their fraudulently created cestui que trust, their US citizen slave, their Roman law, and their District of Columbia codes in support of their Roman Cult handlers, under their International Law Rule, and their commerce clause, because otherwise they have no authority in Louisiana, under any circumstances
"The laws of congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, & other places that are within the exclusive jurisdiction of the national government." CAHA v. U.S., 152 U.S. 211 (1894);

"STATUS. L. Standing: state, condition, situation. Compare Estate. A corporation has no status as a citizen outside of the jurisdiction where it was created." Anderson's Law Dictionary, 1889 Edition, page 968; and further,

One hundred forty-five.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, threaten me, oppress me, and intimidate me in the free exercise of my rights by engaging in a secret war against me under their satanic roman law
"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420

when they assaulted me with their cestui que trust, HOWARD GARY BROWN, which is a fictitious war name
"Under International Law of Warfare, all parties to a cause must appear by nom de guerre, because an "alien enemy cannot maintain an action during the war in his own name".
Merriam-Webster Dictionary, pg. 1534

because they intended to drag me into their kangaroo court
"Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Black's Law Dictionary, 6th Edition, page 868

where the so-called Judge is actually a bought and paid for, Clerk masquerading as a Judge
""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

and the Clerk masquerading as a Judge holds a show-trial and kangaroo court because a Clerk masquerading as a Judge cannot do anything judicial, and if they attempt to do anything judicial it is a nullity
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1

so they can assault me with one of their satanic void judgment contracts when they sell me into slavery in their commercial jail under their satanic roman cult law
"Capitis Diminutio (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications."

"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. HANNAH, WITH THE UNKNOWN LAST NAME or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights." Black's Law Dictionary 4th Edition [emphasis added]

"§ 1. Classification of Persons. The Roman law distinguished three kinds of personal status, or degree? of legal capacity, and classified human beings with respect thereto as follows:...

**§ 3. Loss of Freedom (Capitis Deminutio Maxima). A Roman citizen could not legally be sold into slavery, but he might become a slave by condemnation for crime <u>or by being captured by an enemy.</u>"** Law of Persons by Joseph R. Long, published 1912 [emphasis added]

when they assault me with their District of Columbia statutes and their US citizen cestui que trust
**"To take an instance, when a person *sui juris* has given himself in adoption, or a woman has passed under *manus',* all their property, incorporeal and corporeal, and all that is due to them, is acquired by the adopting father or *coeinpiantator,* <u>except those things which perish by a *capitis diminutio,*</u> of which kind are an usufruct, an obligation to services on the part of freedmen contracted by oath and <u>matters enforceable by a statutable action.</u>"** The Commentaries of Gaius and Rules of Ulpian, Translated with Notes by J. T. Abdy, L.L.D., and Bryan Walker, M.A. L.L.D., 1874, Section 83, page 198-199, [emphasis added]

which originated with their Roman Cult handlers
**"<u>Yet still it was found difficult to set bounds to ecclesiastical ingenuity</u>; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees *to the use* of the religious houses; thus distinguishing between the *possession* and the *use,* and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, <u>who was held by the courts of equity (then under the direction of the clergy)</u> to be bound in conscience to account to his *cestui que use* for the rents and emoluments of the estate: <u>and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing.</u>"** Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]

all of which is in support of Obama and Bush's fraudulent fictitious war on terror under the Trading with the Enemy Act of 1917
**"(a) The President, if he shall find it compatible with the safety of the United States and with the successful <u>Prosecution of the war</u>, may...**
**"(b)(1) During the time of the war, the President may, through any agency that he may designate, and under such rules and regulations as he may prescribe, by means of instructions, licenses, or otherwise,**
**"(B) ...regulate, direct and compel, nullify, void, prevent or prohibit,...or exercising any right, power or privilege with respect to...<u>any property</u>...<u>by any person</u>...subject to the jurisdiction of the United States:...and upon the terms, directed by the President, in such agency <u>or person</u>...and such designated agency <u>or person</u> may perform any and all acts incident to the accomplishment or furtherance of these purposes..."** Title 50 U.S.C. Appendix 5 Trading with the Enemy Act; and further,

One hundred forty-six.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by breaching the peace; and further,

One hundred forty-seven.        i believe, and any reasonable person would see, that satanist <u>order followers</u> like Porche, McKneely, and Sibley breach the peace every day in america, literally millions of times, in their private capacity as revenue officers, under instructions from BAAL priest BAR members and in support of their BAAL priest Clerks masquerading as Judges and their kangaroo courts that issue void judgments
**"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351."** Manning v. Ketcham, 58 F.2d 948

**"<u>A void judgment is one which, from its inception, was a complete nullity and without legal effect</u>"** Lubben v. Selective Service System Local Bd. No. 27,  453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).  Hobbs v. U.S. Office of Personnel Management,  485 F.Supp. 456 (M.D. Fla. 1980) [emphasis added]

**"<u>Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed.</u>"**  City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973) [emphasis added]

**"A void judgment, insofar as it purports to be pronouncement of  court, is an absolute nullity"** Thompson v. Thompson,  238 S.W.2d 218 (Tex.Civ.App. – Waco 1951) [emphasis added]

**"<u>Void order may be attacked, either directly or collaterally, at any time</u>"**  In re Estate of Steinfield, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994) [emphasis added]

**"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."**
Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985) [emphasis added]

and then sell people into slavery into commercial prisons in support of their roman cult handlers; and further,

One hundred forty-eight.        the constitution for the united States of America is a trust indenture
**"There is no such thing as a power of inherent Sovereignty in the government(s) of the United States.  In this country Sovereignty resides in the people, and congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld".**
Julliard VS. Greenman, 110 U.S. 421

**"The governments are but <u>trustees</u> acting under derived authority and have no power to delegate what is not delegated to them. But <u>the people</u>, as the original fountain <u>might take away what they have delegated and entrust</u> to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." --Luther v. Borden, 48 US 1, 12 Led 581**

with certain delegated authority, Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio have no authority to assault me with their municipal corporation called UNITED STATES,  or its subsidiary called STATE OF LOUISIANA,
**"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u> without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly authorized so to do.</u>"** 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]

**"A delegated power cannot be again delegated."** 2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

**"A deputy cannot have (or appoint) a deputy."** Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936; and further,

One hundred forty-nine.        george the third, king of England, signed the Definitive Treaty of Peace of 1783 as **"King of Great Britain and France"** and as **"Arch Treasurer and Prince Elector of the Holy Roman Empire and the United States of America"**, therefore george the third, financed both sides of the war of independence with roman cult money, in his private capacity, which also means that the war of independence was orchestrated by george the third, and the roman cult and their Jesuits, and george, the third, perjured his oath, and breached the trust to do it; and further,

One hundred fifty.        the definitive treaty of peace of a fraud and a nullity because both george the third, king of England and france perjured his oath by creating the circumstances surrounding the War of Independence, under instructions from the roman cult and with roman cult money, and john jay, benjamin franklin, john adams, and hartley perjured their oaths by signing for the united states of america because it legitimized the actions of george, the third, and his roman cult handlers, therefore there are no signatures with authority on the document, and further,

One hundred fifty-one.        elizabeth alexandra mary; house of windsor, queen of England, is the successor to george the third, therefore she is now the Arch Treasurer and Prince Elector of the Holy Roman Empire and the United States of America, which means that elizabeth alexandra mary; house of windsor is operating in her private capacity, and the roman cult owns and operates the municipal corporation called UNITED STATES and its subsidiary called STATE OF LOUISIANA, and they are satanists operating in support of their roman cult handlers, and elizabeth alexandra mary has perjured her oath and breached the trust to participate in it; and further,

One hundred fifty-two.        the war of independence never did end, because the war of 1812 was orchestrated by george the third, in his private capacity, with the roman cult and their jesuits in an effort to "<u>disappear</u>" the true article 13 in amendment that would otherwise deny the roman cult's BAR member BAAL priests the right to hold a position of trust (requires an oath of office), because one of the major engagements was when the British went to the capitol and burned the national archives, (which is where the ratification records would have been kept), and because the roman cult intended that their BAR member BAAL priest satanists infiltrate all governments in america, create unconstitutional municipal corporations, and put them deeply into debt, so their roman cult handlers could seize the corporations in bankruptcy and operate them as their owned and operated criminal racketeering enterprises, and send out their low intelligence hired thugs to assault people, kidnap people, falsely imprison people, and even murder people and then their BAR member BAAL priest satanists can call it a contract, and sell their "justus", and that is exactly what they have done,

and the war of independence continues to this day, all of which was stated in my first petition to the US Supreme Court case number 07-5674 and the US Solicitor General for the US Department of (so-called) Justice waived their right to respond, thereby admitting that it was all correct and the unrebutted truth; and further,

One hundred fifty-three.        the so-called fourteenth amendment was never properly ratified
**"The dissenting opinion asserts that "The Fourteenth Amendment is a part of the Constitution of the United States." While this same assertion has been made by The United States Supreme Court, that court has never held that the amendment was legally adopted. I cannot believe that any court, in full possession of its faculties could honestly hold that the amendment was properly approved and adopted."** State v Phillips 540 Pac. Rep.2d 936

and was actually a revision
**". . . the wide and diverse range of subject matters proposed to be voted upon, and the revisional effect which it would necessarily have on our basic plan of government. The proposal is offered as a single amendment but it obviously is multifarious. It does not give the people an opportunity to express approval or disapproval severally as to each major change suggested. . . ."** McFadden v Jordan, 196 P.2d 787

because it changes many things in the Constitution, including property rights, citizenship, taxes, apportionment, the debt, and more, and therefore is unconstitutional because the constitution only authorizes amendments
"No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442

**"An unconstitutional law is void, and is as no law. An offence created by it is not a crime."** Ex parte Siebold, 100 U.S. 371, 376 (1880), quoted with approval in Fay v. Noia, 372 U.S. 391, 408 (1963)

**"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals."** (Ryan v. Lynch, 68 Ill. 160)

and it converts citizenship into the opposite of what the founders intended
"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship." Colgate v Harvey 296 US 404 at p 427

**"The amendment (fourteeth) reversed and annulled the original policy of the constitution,"** United States v. Rhodes, 27 Federal Cases, 785, 794.

and was created by Congress
**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873) [emphasis added]
and is a fraud and a nullity as described herein but Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over their radio insist on assaulting me with their so-called Fourteenth Amendment, and their slave citizenship; and further,

One hundred fifty-four.        satanist BAR members in the Louisiana Legislature have created one of their fictitious color of law statutes to give their satanist order followers plausible deniability under certain circumstances;

and these satanists know that there is no such thing as a "neutral magistrate" because they are always operating under a statute, which means they are always bought and paid for clerks masquerading as judges as described herein, and there is no such thing as a warrant, because they always issue a capias

and a capias is not a warrant
**"A capias is NOT a "Warrant of Arrest,"...."** Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979)

but a capias is a debt instrument where the clerk masquerading as a judge has forged the signature of their US citizen / cestui que trust / slave onto one of their satanic contracts to sell them into slavery;

"CAPIAS AD SATISFACIENDUM (shortly termed a CA. SA.) A judicial writ of execution which issues out on the record of a Judgment, where there is a recovery in the courts..., of debt, damages, &c. And by this writ the sheriff is commanded to take the body of the defendant in execution, and him safely to keep, so that he have his body in court at the return of the writ, to satisfy the plaintiff his debt and damages. *Vide* 1 *Litt Abr.* 249." Tomlin's Law Dictionary 1835 Edition

but the satanist BAAL priest BAR members in the Louisiana Legislature intend that their satanist order followers have plausible deniability to be able to assault, kidnap, falsely imprison, and even murder anybody they want, especially to populate their debtors prisons, for their roman cult handlers, as evidenced by the nightly news; and further,

One hundred fifty-five.        the cestui que trust that Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, assaulted me with, is a fraud, and everything they do is a fraud and under the color of law,
"Once a fraud, always a fraud." 13 Vin. Abr. 539

"Things invalid from the beginning cannot be made valid by subsequent act." Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862

"A thing void in the beginning does not become valid by lapse of time." 1 S. & R. 58. Maxims of Law, Black's Law Dictionary 9th Edition, page 1866

Time cannot render valid an act void in its origin. Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862,

"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349." Bouvier's Maxims of Law, 1856,

and any act by any government official to conceal the fraud becomes an act of fraud;
"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270." Bouvier's Maxims of Law 1856

and fraud is inexcusable and unpardonable;
"Fraus et dolus nemini patrocianari debent. Fraud and deceit should excuse no man. 3 Co. 78." Bouvier's Maxims of Law 1856

and any fraud amounts to injustice;
"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together." Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832

"Quod alias bonum et justum est, si per vim vel fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78." Bouvier's Maxims of Law, 1856

because no corporation has standing to do anything in any court of law
"My opinion and long has been that the mayor and aldermen of a city corporation, or the president and directors of a bank, or the president and directors of a railroad company and of other similar corporations, are the true parties that sue and are sued as trustees and representatives of the constantly changing stockholders.... A corporation, therefore, being not a natural person, but a mere creature of the mind, invisible and intangible, cannot be a citizen of a state, or of the United States, and cannot fall within the terms or the power of the above mentioned article, and can therefore neither plead nor be impleaded in the courts of the United States." Rundle v Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added];

but that is the first thing they do is assault me with their unconstitutional municipal corporation STATE OF LOUISIANA, and further,

One hundred fifty-six. i witnessed and video taped Porche, Sibley, McKneely, Corcoran threaten me, oppress me, and intimidate me in the free exercise of my rights by wearing military uniforms with military rank insignias, therefore i witnessed Porche, Sibley, McKneely, and Corcoran and their unknown co-conspirators assault me with their martial law which is the same thing that precipitated the war of independence
"...statutes have been passed for extending the jurisdiction of courts of admiralty and vice-admiralty beyond their ancient limits; for depriving us of the accustomed and inestimable privilege of trial by jury, in cases affecting both life and property;...and for altering fundamentally the form of government established by charter. We saw the misery to which

such despotism would reduce us........to supersede the course of common law and instead thereof to publish and order the use and exercise of the law martial…" Causes and Necessity of Taking Up Arms 1775 [emphasis added];
which is what happened when Samuel Adams witnessed somebody flogged to death for refusing to take a license and coined the phrase "Give me liberty or give me death!", and because anyone who is wearing a military uniform is an agent of the roman cult
"The wearing of clerical dress or of a religious habit on the part of lay folk, ….., is liable to the same penalty on the part of the State as the misuse of military uniform." Article 10, Concordat of 1933
which was an agreement between Hitler and the roman cult, and the United States has ratified it, and because at common law a deputy sheriff would have a star only, and at common law a judge would have a business suit, but under the roman cult a deputy sheriff has a military uniform, and a so-called judge wears a black robe military uniform, which means they have no lawful authority to exist under the constitution or laws of the United States, or Louisiana and are impersonating public servants
RS LA 14 § 112.1.  False personation of a peace officer or firefighter A.  False personation of a peace officer or firefighter is the performance of any one or more of the following acts with the intent to injure or defraud or to obtain or secure any special privilege or advantage: (1) Impersonating any peace officer or firefighter or assuming, without authority, any uniform or badge by which a peace officer or firefighter is lawfully distinguished. (2)  Performing any act purporting to be official in such assumed character.

and the reason their so-called court has no lawful existence in Louisiana or the United States is because they are operating under the District of Columbia codes,
"Chap. 854. – An Act to establish a code of law for the District of Columbia."

which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;
"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…
"Third. The word "person" shall be held to apply to partnerships and corporations, …., and the reference to any officer shall include any person authorized by law to perform the duties of his office,…." [emphasis added]

and at Chapter One – Laws Remaining in Force, Subchapter 2 – The Police Court at Sec. 44, where it says;
"That prosecutions in the police court shall be on information by the proper prosecuting officer….", [emphasis added]

and at Chapter One -- Laws Remaining in Force, Subchapter Three – Supreme Court of the District of Columbia, in Sec. 117, at 31 Stat. 1208, where it says;
"SEC. 117. That in addition to the jurisdiction conferred in the preceding section, plenary jurisdiction is hereby given to the said court holding the said special term to hear and determine all questions…" [emphasis added]

and at Chapter three – Absence for Seven Years, in Sec. 252, 253, at 31 Stat. 1230, where it says;
"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.
SEC. 253. PERSON FOUND LIVING .- If the person so presumed to be dead be found to have been living, any person injured by such presumption shall be restored to the rights of which he shall have been deprived by reason of such presumption."

and at Chapter Five – Administration - Subchapter Five -- Suits, in Sec. 327, at 31 Stat. 1241, where it says;
"SEC. 327. SUITS BY AND AGAINST EXECUTORS, AND SO FORTH; -- Executors and administrators shall have full power and authority to commence and prosecute any personal action at law or in equity which the testator or intestate might have commenced and prosecuted,…"

and under Chapter Fifteen – Condemnation of Land for Public Use, and in Sec. 485, at 31 Stat. 1265, where it says;
"Citation to Owners.-The said court, holding a district court of the United States,…" [emphasis added],

and at Chapter Twenty-Eight – Fees of Officers and Others, and in Sec 1112, at 31 Stat. 1365 where it says;
"Marshall's Fees-…that for the service or any citation, summons, capias,…"

Affidavit of Fact Complaint Page 17

and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says;
**"The Legal Estate to be in Cestui Que Use"**

and because the government only has authority over what the government creates
**"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819). [emphasis added]

and likewise, the roman cult only has authority over things that it creates
**"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing."** Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain

therefore, the cestui que trust is a creation of the roman cult, and the courts are under still the direction of the roman cult, which is why these Satanist order followers, Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers, and others unknown over the radio, are so interested in assaulting me with their cestui que trust, as part of their extortion racket;
**"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."** Supreme Court Reporter S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54)

**""Disparata Non Debent Jungi"; Latin: Dissimilar things ought not to be joined."** Black's Law Dictionary, 8th Edition, Legal Maxims, page 5284, and further,

One hundred fifty-seven.         i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, threaten me, oppress me, and intimidate me in the free exercise of my rights by participating in a seditious conspiracy in violation of their codes
**"If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."** 18 USC § 2384

by overthrowing my common law (law of the land), and natural law, and by assaulting me with their US citizen slave and martial law jurisdiction, because they intended to further deny me my right (property) to due process;
**"The right of trial by jury in civil cases, guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U. S. 90), and the right to bear arms, guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U. S. 252), have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgement by the states, and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U. S. 516), and in respect of the right to be confronted with witnesses, contained in the 6th Amendment."** West v. Louisiana, 194 U. S. 258.

**"The technical niceties of the common law are not regarded. . . .",** 1 R.C.L. 31, p. 422. "A jury does not figure, ordinarily, in the trial of an admiralty suit. . . the verdict of the jury merely advisory, and may be disregarded by the court." 1 R.C.L. 40, p. 432. "[The] rules of practice may be altered whenever found to be inconvenient or likely to embarrass the business of the court." 1 R.C.L. 32, p. 423. "A court of admiralty. . . acts upon equitable principles." 1 R.C.L. 17, p. 416. "A libel of information [accusation] does not require all the technical precision of an indictment at common law. If the allegations describe the offense, it is all that is

necessary; and if it is founded upon a statute, it is sufficient if it pursues the words of the law." The Emily v. The Caroline, 9 Wheat. 381 [emphasis added]

""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.  See Bowyer, Mod. Civil Law, 19; Sevier v.  Riley, 189 Cal.  170, 244 P. 323, 325" Black's Law Dictionary, Rev.  4th Ed. [emphasis added]; and further,

One hundred fifty-eight.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, threaten me, oppress me, and intimidate me in the free exercise of my rights, by assaulting me with one of their satanic contracts
"Brown, Vol. 2, 100, lays down the rule in these terms:  'The general rule, however, at present, is, that the admiralty acts only in rem, and that no person can be subject to that jurisdiction but by his consent, expressed by his entering into a stipulation.'" Ramsey v. Allegrie, 12 Wall 611, p. 409

"In Kreble's Reports, p. 500, quoted by Brown, it is expressly said, that without a stipulation, the admiralty has no jurisdiction at all over the person." Ramsey v. Allegrie, 12 Wall 611, p. 410. [emphasis added]

"It is impossible to prove jurisdiction exists absent a substantial nexus with the state, such as voluntary subscription to license.  All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court." Pipe Line v Marathon. 102 S. Ct. 3858 quoting Crowell v Benson 883 US 22; and further,

One hundred fifty-nine.        Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers, and other unknown individuals over the radio, are all US citizens as required by their STATE OF LOUISIANA codes; and further,

One hundred sixty.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers, and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by breaching the trust; and further,

One hundred sixty-one.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio, threaten me, oppress me, and intimidate me in the free exercise of my rights by impersonate peace officers in violation of their own codes
RS LA 14 § 112.1.  False personation of a peace officer or firefighter A.  False personation of a peace officer or firefighter is the performance of any one or more of the following acts with the intent to injure or defraud or to obtain or secure any special privilege or advantage: (1)  Impersonating any peace officer or firefighter or assuming, without authority, any uniform or badge by which a peace officer or firefighter is lawfully distinguished. (2)  Performing any act purporting to be official in such assumed character; and further,

One hundred sixty-two.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by violating my rights (trespassed upon my property) under the color of their own codes
"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........." 18 USC § 242 Violating Rights under Color of Law; and further,

One hundred sixty-three.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio conspire together to, injure, oppress, threaten, intimidate me in the free exercise of my rights (trespassed upon my property) in violation of their own codes
"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; ...They shall be fined under this title or imprisoned not more than ten years, or both; ..." 18 USC § 241 Conspiracy to Violate Rights under Color of Law; and further,

One hundred sixty-four.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by operating as a criminal conspiracy conspiring to commit assault, kidnapping, assault with a deadly weapon and more (since most had guns), in violation of their own Louisiana Revised Statutes **LA RS 14 § 26. Criminal conspiracy A. Criminal conspiracy is the agreement or combination of two or more persons for the specific purpose of committing any crime; provided that an agreement or combination to commit a crime shall not amount to a criminal conspiracy unless, in addition to such agreement or combination, one or more of such parties does an act in furtherance of the object of the agreement or combination. B. If the intended basic crime has been consummated, the conspirators may be tried for either the conspiracy or the completed offense, and a conviction for one shall not bar prosecution for the other.C. Whoever is a party to a criminal conspiracy to commit any crime shall be fined or imprisoned, or both, in the same manner as for the offense contemplated by the conspirators; provided, however, whoever is a party to a criminal conspiracy to commit a crime punishable by death or life imprisonment shall be imprisoned at hard labor for not more than thirty years.D. Whoever is a party to a criminal conspiracy to commit any other crime shall be fined or imprisoned, or both, in the same manner as for the offense contemplated by the conspirators; but such fine or imprisonment shall not exceed one-half of the largest fine, or one-half the longest term of imprisonment prescribed for such offense, or both; and further,**

One hundred sixty-seven      i Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by acting as a criminal street gang in violation of their own Louisiana Statutes **LA RS 15 § 1403. Criminal street gangs and patterns of criminal street gang activity; prohibitions and criminal penalties A. Any person who intentionally directs, participates, conducts, furthers, or assists in the commission of a pattern of criminal gang activity as defined in this Chapter shall be punished by imprisonment for not less than one year nor more than one-half of the maximum term of imprisonment provided for an underlying offense committed in a pattern of criminal gang activity and may be fined an amount not to exceed ten thousand dollars. Any sentence of imprisonment imposed pursuant to this Section shall be in addition and consecutive to any sentence imposed for an underlying offense committed in the pattern of criminal gang activity; and further,**

One hundred sixty-eight  i witnessed Central Police Chief Roger Lynn Corcoran threaten me, oppress me, and intimidate me in the free exercise of my rights by directing the activities of a criminal street gang in violation of his own Louisiana Statutes **LA RS 15 § 1403. Criminal street gangs and patterns of criminal street gang activity; prohibitions and criminal penalties A. Any person who intentionally directs, participates, conducts, furthers, or assists in the commission of a pattern of criminal gang activity as defined in this Chapter shall be punished by imprisonment for not less than one year nor more than one-half of the maximum term of imprisonment provided for an underlying offense committed in a pattern of criminal gang activity and may be fined an amount not to exceed ten thousand dollars. Any sentence of imprisonment imposed pursuant to this Section shall be in addition and consecutive to any sentence imposed for an underlying offense committed in the pattern of criminal gang activity; and further,**

)ne hundred sixty-nine.        i Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by perjuring their oaths in violation of their own  Louisiana Statutes; and further,

)ne hundred seventy.        i witnessed Porche, McKneely, Sibley, Corcoran, Louisiana State Trooper Alex and 3 other unidentified men who I can only assume are officers and other unknown individuals over the radio threaten me, oppress me, and intimidate me in the free exercise of my rights by engaging in the criminal activity described herein, with malice **"Although probable cause may not be inferred from malice, malice may be inferred from lack of probable cause."** Pauley v. Hall, 335 N. W. 2d 197, 124 Mich App 255; and further,

ne undersigned, i, me, my, or myself, also known as howard gary; house of brown, of original urisdiction, and judicial power citizen, by right of blood, do herewith state, say and declare;  i issue this eclaration with sincere intent in truth, that i am competent to state the matters set forth herein, and hall so testify in a lawful court, that the contents are true, correct, certain, admissible as vidence, and reasonable and just, by me, undersigned addressee, one of "we the people", and not a orporation or a fiction of any type, and further,

igned and sealed in red ink on the land of Louisiana, under penalties with perjury, under the laws of ne united States of America, and without t0he United States, and further,

urther declarant sayeth not,

has been said, so it is done.          sealed this ___12th___ day in ~~November~~ *August*, in the year, two thousand and sixteen.


_____ L.S.
howard gary; house of brown, sui juris
living soul, holder of the office of "the people"
a man on the land known as Louisiana
with full responsibility for my actions
under the laws of YHWH  as found in the holy bible


### JURAT

ouisiana republic             )
                              )       Subscribed, Affirmed, Sealed
angipahoa Parish              )

hereby certify that howard gary; house of brown, who is known to me, appeared before me and after eing duly put under oath, he executed the foregoing document on this the ___12th___ day *August*    *twenty*
~~November~~, in the year two thousand and ~~sixteen~~.

_____
Notary Public

Mary Ann S. Valega, Notary Public
200 N. Cate St., Hammond, LA 70401
State of Louisiana, Notary# 47167
My commission expires at death

Declaration of Criminal Complaint Page 27



FROM:

CERTIFIED MAIL

7020 0090 0000 4623 6768

howard-gary; house of brown
c/o 1003 W Michigan St
near Hammond, Louisiana

U.S. MARSHAL

Postage Paid
UPU 66116 (22)
stamp/seal
Foreign Office of Origin
General Post-office, Non domestic, zip exempt.

1st Class U.S. Mail 12 Stat@Large Chp 71, sec 23.
Don't Trespass nor Obstruct 18 USC 1701
Private Property, Privileged, Confidential for Addressee only.
Value: 1 ounce 99% Silver.
18 USC. Ch 83 § 1702. Obstruction
* § 1726 Postage collected unlawfully
* § 1692 Foreign mail as U.S. mail
* § 1701. Obstruction or §1700. Desertion of mails
*§ 1702. Of correspondence
*§ 1693 Coinage of mail
*§ 1703. Delay of destruction of mail
DMM 1.5.4 Use of Foreign Return Addresses

Office of the Clerk of Court MDOL
Michael L. McConnell
c/o 777 Florida Street, Suite 139
Baton Rouge.                    [RR 70801]
Louisiana.    Without the UNITED STATES

Utility Mailer
10 1/2" x 16"

Ready P