UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOWARD GARY　　　　　　　　　　　　　　　　　　CIVIL ACTION
HOUSE OF BROWN

VERSUS

THE CITY OF CENTRAL, ET AL.　　　　　　　　　NO. 20-00776-BAJ-EWD

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation,** recommending that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure and refusal to comply with a Court Order to either pay the filing fee or to file an Application To Proceed in the District Court Without Prepaying Fees Or Costs AO 239 (Long Form). (Doc. 19). Plaintiff filed an untimely Objection to the Report and Recommendation (Doc. 24) but failed to pay the filing fee or file the requisite application.

Having carefully considered the underlying Complaint, Plaintiff's Objection, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure and refusal to comply

Gary Certified Mail Receipt - 7020 1810 0000 5305 6084

1

with a Court Order to either pay the filing fee or to file an Application to Proceed in the District Court Without Prepaying Fees or Costs AO 239 (Long Form).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Ruling and Order to Plaintiff Howard Gary, House of Brown, by certified mail, return receipt requested, at his address of record on PACER.

Baton Rouge, Louisiana, this 20th day of April, 2021

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA